IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:08CR00408 JTR

CHARLES MARTIN

## ORDER

The Government has filed a Motion requesting dismissal of its Petty Offense Information charging Defendant with possession of alcohol within the National Forest System in violation of 36 C.F.R. § 261.58(bb). (Docket entry #7.) According to the Government, Defendant has paid the amount due on his Violation Notice. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT the Government's Motion to Dismiss (docket entry #7) is GRANTED.

Dated this 3rd day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE